FILED

Jasmond Sutton
13904 fiji way, Apt. 133
marina del rey CA 90292
IN PRO PER

2013 DEC 26 PM 12: 37

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Archstone Vista Del Rey, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | CV13-09472 |
| v. | |
| Jasmond Sutton; Does 1 and through 10, Inclusive DEFENDANT(S). | REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, Jasmond Sutton _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☒Yes ☐No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _Self - Employed, $2,000/month_____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?      ☒Yes  ☐No
    b. Rent payments, interest or dividends?                 ☐Yes  ☒No
    c. Pensions, annuities or life insurance payments?       ☐Yes  ☒No
    d. Gifts or inheritances?                                ☐Yes  ☒No
    e. Any other income (other than listed above)?           ☐Yes  ☒No
    f. Loans?                                                ☐Yes  ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _Self - employed - $29,000_____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

If the answer is yes, describe the property and state its approximate value: _____
_____

5. In what year did you last file an Income Tax return? ___2012___
Approximately how much income did your last tax return reflect? ___20,000___

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
___None___
_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

___California___                             ___los angeles___
         State                                      County (or City)

I, ___Jasmond Sutton___, declare under penalty of perjury that the foregoing is true and correct.

___12-26-13___                              ___[signature]___
         Date                                   Plaintiff/Petitioner (Signature)