NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jasmond Sutton
13904 fiji way, Apt. 133
marina del rey CA 90292
IN PRO PER

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Archstone Vista Del Rey, LLC

Plaintiff(s),

v.

Jasmond Sutton; And Does 1 through to 10, inclusive

Defendant(s)

CASE NUMBER:

**CV13-09472**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Jasmond Sutton, In Pro Per
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Archstone Vista Del Rey, LLC                  Landlord

LODGED
2013 DEC 26 PH 12:36
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

12-26-13
Date

_Jasmond Sutton_
Sign

Jasmond Sutton
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES