FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Archstone Vista Del Rey | CASE NUMBER |
| PLAINTIFF(S) | CV 13-9472 UA (SH) |
| v. | |
| Jasmond Sutton et al, | |
| | ORDER RE LEAVE TO FILE ACTION |
| DEFENDANT(S). | WITHOUT PREPAYMENT OF FILING FEE |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____          _____
Date                             United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous     ☐ Immunity as to _____
☒ Other: Removal also  substantively
improper in that Plaintiff could not have initiated this unlawful detainer action in federal court.

Comments:

_____12/30/13_____                _____
Date                             United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED          ☒ DENIED (See comments above).

_____1/12/14_____                _____
Date                             United States District Judge